# Court of Appeals
## of the State of Georgia

ATLANTA, January 13, 2025

*The Court of Appeals hereby passes the following order:*

**A25D0200. BENNIE WILLIS et al. v. SFR BORROWER 2022-1 LLC.**

In this dispossessory proceeding, the magistrate court issued a writ of possession against Bennie Willis on October 31, 2024. Willis appealed to state court, and that court entered an order dismissing the appeal on December 4, 2024. Willis filed the instant application on January 2, 2025. We lack jurisdiction.

Appeals from judgments in dispossessory actions must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56; *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). The deadlines for filing applications for discretionary review are jurisdictional, and this Court cannot accept an application not made in compliance with the applicable deadline. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Willis's application for discretionary review is untimely because it was filed 29 days after the order was entered. See OCGA § 44-7-56; *Radio Sandy Springs*, Inc., 311 Ga. App. at 335-336. Accordingly, the application for discretionary review is hereby DISMISSED for lack of jurisdiction. See *Boyle*, 190 Ga. App. at 734.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 01/13/2025

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*